**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **BRENDA P. FISHER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.: 5:22-cv-025** |
| **v.** | ) | |
| | ) | |
| **STONEMOR, LLC and** | ) | **By: Michael F. Urbanski** |
| **OAKLAWN MAUSOLEUM,** | ) | **Chief United States District Judge** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Plaintiff has filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, requesting that her lawsuit be dismissed. ECF No. 17. Accordingly, Brenda P. Fisher's lawsuit against Stonemor, LLC and Oaklawn Mausoleum is hereby **DISMISSED without prejudice** and this matter is **STRICKEN** from the docket.

It is so **ORDERED**.

ENTERED: August 3, 2022

Digitally signed by Michael F. Urbanski Chief U.S. District Judge
Date: 2022.08.03 16:44:50 -04'00'

Michael F. Urbanski
Chief United States District Judge